No. 99–849. EIE Guam Corp. v. Supreme Court of Guam (Long-Term Credit Bank of Japan, Ltd., Real Party in Interest). C. A. 9th Cir. Certiorari denied.

No. 99–851. Sugarbaker v. SSM Healthcare, dba St. Marys Health Center. C. A. 8th Cir. Certiorari denied.

No. 99–856. Lin v. Lin. Ct. App. N. C. Certiorari denied.

No. 99–857. Dayton Newspapers, Inc. v. General Truck-drivers, Chauffeurs, Warehousemen and Helpers, Local Union No. 957. C. A. 6th Cir. Certiorari denied.

No. 99–860. 31/32 Lexington Associates v. Tax Appeals Tribunal of New York et al. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–865. Stinnett Enterprises, Inc. v. Dragon Textile Mills. C. A. 5th Cir. Certiorari denied.

No. 99–868. Voit v. Kentucky. Cir. Ct. Jefferson County, Ky. Certiorari denied.

No. 99–871. Starr v. Pliler et al. C. A. 9th Cir. Certiorari denied.

No. 99–872. Hill v. Kansas City Area Transportation Authority. C. A. 8th Cir. Certiorari denied.

No. 99–873. Tyler v. O'Neill et al. C. A. 3d Cir. Certiorari denied.

No. 99–880. International Bank of Commerce-Brownsville v. International Energy Development Corp. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 99–883. Bradley et al. v. Kelly, Director, Arizona Health Care Cost Containment System, et al. Ct. App. Ariz. Certiorari denied.